UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LINDA SPARDA,

    Plaintiff,

v.                                Case No.   3:23-cv-1491-MMH-PDB

EXPERIAN INFORMATION
SOLUTIONS, INC. and UNITED
STATES DEPARTMENT OF
AGRICULTURE RURAL
DEVELOPMENT,

    Defendants.
_____

**O R D E R**

**THIS CAUSE** is before the Court on the Joint Stipulation for Dismissal With Prejudice as to Defendant, Experian Information Solutions, Inc. (Dkt. No. 20; Stipulation) filed on May 14, 2024. In the Stipulation, the parties request dismissal, with prejudice, of the claims raised by Plaintiff against Defendant Experian Information Solutions, Inc. only. See Stipulation at 1. The Court notes that the Stipulation is not signed by "all parties who have appeared" in this lawsuit and is therefore ineffective under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure (Rule(s)). See City of Jacksonville v. Jacksonville Hosp. Holdings, L.P., 82 F.4th 1031, 1034 (11th Cir. 2023); see also Sanchez v. Disc. Rock & Sand, Inc., 84 F.4th 1283, 1291-92 (11th Cir. 2023). As such, the

Court construes the stipulation as a request by Plaintiff for dismissal pursuant to Rule 41(a)(2) which Defendant Experian Information Solutions, Inc. joins in presenting.   See Sanchez, 84 F.4th at 1292; see also Plains Growers, Inc. ex rel. Florists' Mut. Ins. Co. v. Ickes-Braun Glasshouses, Inc., 474 F.2d 250, 253 (5th Cir. 1973) ("Where notice of dismissal under Rule 41(a)(1) fails, the notice may be considered a motion under Rule 41(a)(2) and the court may order the dismissal.").[1]   The parties advise the Court that Defendant United States Department of Agriculture Rural Development does not oppose the filing of the Stipulation, but elected not to sign as a party to the Stipulation.   See Stipulation at 1, n.1.   Thus, the Court construes the request as an unopposed motion for dismissal, with prejudice, of the claims raised by Plaintiff against Defendant Experian Information Solutions, Inc.

In light of the foregoing, it is

**ORDERED:**

1. The claims raised by Plaintiff against Defendant Experian Information Solutions, Inc. are **DISMISSED with prejudice**.

---

[1] In Bonner v. City of Prichard, 661 F.2d 1206, 1209 (11th Cir. 1981) (en banc), the Eleventh Circuit adopted as binding precedent all the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

2. The Clerk of the Court is directed to terminate this Defendant.

**DONE AND ORDERED** in Jacksonville, Florida this 23rd day of May, 2024.

*(signature)*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record